JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOEL MARTINEZ-RIVERA,

                Petitioner,

     v.

WARDEN, Adelanto ICE Processing
Center, et al.,

                Respondents.

Case No. 5:26-cv-02410-PD

**JUDGMENT**

**A# 246-061-180**

     Pursuant to the Order Granting In Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted as to Claim Two and the remaining claims are dismissed without prejudice.

DATED: June 18, 2026

*Patricia Donahue*

_____

Patricia Donahue
United States Magistrate Judge